(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

```
FILED by PG D.C.

MAR 2 2 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA — MIAMI
```

__MAX DANIEL_____
(Enter the full name of the plaintiff in this action)

v.

___SERGEANT S. ROCHELLE_____

___CORPORAL J. FREZIN_____

_____  _____

_____

_____

cat / div __550/1983/MIA_____

Case # _____

Judge _____ Mag __WHITE___

Motn Ifp __YES__ Fee pd $ __0__

Receipt # _____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

~~Page 1 of 5~~

Page 1 of 9

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed.  If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet.  Both should be completed and filed with your complaint.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.    **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.    Name of plaintiff:  MAX DANIEL

Inmate #:  080022681

Address:  1321 N.W. 13th Street (Pre-Trial Detention Center) Miami, fl 33125

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use Item C for the names, positions, and places of employment for any additional defendants.

B.    Defendant:  S. ROCHELLE

is employed as  SERGEANT

at  1321 N.W. 13th Street (Pre-trial Detention Center) Miami, fl 33125

C.    Additional Defendants:  J. FREZIN

CORPORAL

1321 N.W. 13th Street (Pre-trial Detention Center) Miami, fl 33125

Page 2 of 5

Page 2 of 9

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

## II.     Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need.  Attach an additional blank page if necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

On July 7, 2009 while being housed at the Pre-trial Detention Center Cell X-B-4. I was accused of Masturbating at Sergeant S. Durand. As a result Officer S. Rochelle and Officer J. Frezin threatened to Physically harm me.

On July 8, 2009 Officers S. Rochelle, J. Frezin and Corporal Wilson approached my Cell and Ordered me to Step to the back of my Cell So that they Could enter to Carry out their threat to Physically harm. I pleaded with them to follow their professional Protocol and that if they felt that I Committed a minor non-violent infraction they Should just write me a Disciplinary report. I pleaded with them not to physically harm me. Despite my plea, officer S. Rochelle and Officer J. Frezin Physically attacked me without remorse. They then Proceeded to escort me to the medical clinic, while going and Coming back from the clinic officers S. Rochelle and J. Frezin Continued to physically attack me. Thereafter I was Charged by information with the Criminal offense of Battery on a Law Enforcement officer. They falsified the reports to make it look like I was the aggressor. I wrote a Statement on July 8, 2009 regarding the incident. See Exhibit #1 pg.1    I also filed an institutional grievance Seeking to be kept Separate from officer S. Rochelle and officer J. Frezin. The Complaint/grievance indicated that it was forwarded to Internal Affairs See Exhibit #1 pg.5 .

On January 26, 2011 I received a memorandum authored by Lieutenant William Jr. #5464, stating that my Complaint against officer J. Frezin was Substantiated, that an Internal Affairs Investigation was Pending and that officer J. Frezin will not be assigned to any floor that I am housed on See Exibit #1 pg.7 . I Spoke to Lt. William Smith Jr. Regarding my fear and Concerns for my Safety with respect to

Officer S. Rochelle and Officer J. Frezin. Lieutenant william Smith Jr. assured me that Officers S. Rochelle and officer J. Frezin would not be assigned to any floor that I am housed on, and that they would be Kept Separate from me.

Up until April 28, 2016 Lieutenant williams Smith Jr. honored his promise of keeping officer S. Rochelle and officer J. Frezin away from me.

In Sometime during February of 2016 Sergeant S. Rochelle told me that Since he was now the Supervisor Over Safety Cells and Safety Cells Inmates, that he would Seek retaliation and make my life miserable for filing a Complaint to Internal Affairs. On April 28, 2016 Sergeant S. Rochelle and Corporal J. Frezin responded to my cell 6:40 am and Ordered me to Strip. I Complied with their Orders and requested to Speak to Lieutenant william Smith Jr. Lt william Smith Jr. responded to my cell and I informed him that I was Concerned about my Safety in the presence of Sergeant S. Rochelle and Corporal J. Frezin. I reminded Lt. Williams Jr. about the promise he made to keep Sergeant S. Rochelle and Corporal J. Frezin Separate and away from me. Lt william Smith Jr. told me that Sergeant S. Rochelle and Corporal J. Frezin would not Search me nor my cell. I then witnessed Lt. Williams Smith Jr. Instruct Sergeant S. Rochelle and Corporal Frezin not to Search me or my cell, to allow other Officers to do So. Although Sergeant S. Rochelle and Corporal J. Frezin was Ordered not to Search my Cell they Still did. Sgt. S. Rochelle and Corp. J. Frezin indicated that they found drugs (Marijuana), and a Cellphone. I received a disciplinary action without any notice Stating that I refused to follow a Verbal Order from Staff, possession of a Cellphone and Possession of Unauthorized drugs. They als Confiscated my legally Owned Court authorized media player that Contained discovery pertaining to my Pending Case, along with any and all pictures I

legally received through the Jails Incoming mail. I filed numerous Complaints requesting the return of my legally Owned Court authorized media player, any and all video footage regarding the events of April 28, 2016, the return of all of my legally owned Pictures and most importantly to be kept Separate from Sergeant S. Rochelle and Corporal J. Frezin. See Exhibit #2,3,4 .

On June 8, 2016 I was Scheduled for medical appointment and while being transported there I requested to Speak to the head officer In charge and refused to be transported by Sergeant S. Rochelle and Corporal J. Frezin due to Concerns for my Safety. I was therefore escorted by other Officers. However, later on I received a disciplinary action Stating that I used abusive And Obscene language towards Sergeant Rochelle and Corporal Frezin.

On June 10, 2016 Corporal Frezin responded to my Cell and Ordered me to cuff-up to exit my cell. I requested to Speak to the head officer in Charged and Stated that I was in fear for my life. Sergeant Mc Intyre responded to my cell and assured me that no physical harm would be Inflicted upon me. I then Complied with all orders given to me by Corrections. My legally Owned Court Order Ipod was Confiscated, making that the Second media player that was taken from me without Cause. I was also given a disciplinary report Stating that I refused Verbal Commands to exit my Cell. See Exhibit #7 .

I have refused to be in the presence of Sergeant S. Rochelle and Corporal J. Frezin numerous times due to fears of my Safety. See Exhibit #8 I am in fear of my life, that Sergeant Rochelle and Corporal Frezin may one day kill me or Cause me Serious harm and get away with it. It is Obviously possible.

On October 19, 2016 my Grievance appeal form was Denide by the Same Sergeant S. Durand who accused me for masturbating back in 2009 and had me Placed in Disciplinary Segregation which lead to the assault in the first

Place, also the Same S. Durand who Vindictively filed frivolous charge in Court for the Same Incident (L & L) a year later from the date I was in Solitary Confinement for masturbating which the prosecutor Dismis the Case. S. Durand is still trying to find a way to retaliate for the Grievance that I haved been filing in regards to harassments. See Exhibit 12 pg. 43 .

## RELIEF SOUGHT

I am requesting that the Court issue an Injunction to Miami Dade County Correction's to keep Sergeant S. Rochelle and Corporal Frezin Separate and away from me.

What I am requesting does not disturb the daily Operations of Corrections. Corrections is well equipped with enough staff members that it would not interfere with daily Operations.

3/2/17

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

_____

### III.   Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### IV.   Jury Demand

Do you demand a jury trial?   ☐ Yes   ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this _____ 2 _____ day of _____ March _____, 20 17

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____ 3/2/17 _____

_____
(Signature of Plaintiff)

RITY®

IL ★

VERY SPECIFIED*

iG™ INCLUDED*

iCLUDED*

ABLE

Retail

ATES
RVICE.

**PRIORITY**
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

US POSTAGE PAID

**$8.50**

1000

PRIORITY MAIL ®1-Day

elivery Day: 03/22/2017    C075

USPS TRACKING NUMBER



9505 5148 4746 7080 0821 24

D (Air/Army Post Office™
Post Office)
git Zip Code:

FROM: JOHN STOVALL for MAX DANIEL
330 ALHAMBRA CIRCLE
SUITE 200
CORAL GABLES, FL 33134

**TO:**
U.S. DISTRICT CT - SOUTHERN
DISTRICT of FL
OFFICE OF THE CLERK
400 N. MIAMI AVENUE
MIAMI, FL 33128-7716



FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

APO or FPO      AA AE AP      ZIP      FOUR